IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ERIC SWINK
ADC #161772                                                                    PLAINTIFF

v.                              No. 3:15-cv-316-DPM

DAVID CARTER, Sheriff,
and ETHAN McGINNIS, Deputy                                          DEFENDANTS

### ORDER

Swink's mail is being returned undeliverable. № 12. And he hasn't responded to the Defendants' discovery requests. № 17. Swink must update his address with the Clerk of the Court and must respond to the motion to compel, № 17, by 3 November 2016. If he doesn't, then his complaint will be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

So Ordered.

_____
D. P. Marshall Jr.
United States District Judge

3 October 2016