IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ERIC SWINK
ADC #161772                                                                    PLAINTIFF

v.                              No. 3:15-cv-316-DPM

DAVID CARTER, Sheriff, and
ETHAN McGINNIS, Deputy                                                       DEFENDANTS

## ORDER

Swink hasn't updated his address with the Clerk; and the Order directing him to do so was returned undeliverable. № 20. His complaint and amended complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D. P. Marshall Jr.
United States District Judge

4 November 2016