IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ERIC SWINK
ADC #161772                                                                PLAINTIFF

v.                           No. 3:15-cv-316-DPM

DOES, Deputies/Sheriff, Greene County
Sheriff's Office; GREENE COUNTY SHERIFF'S
OFFICE; DAVID CARTER, Sheriff; and
ETHAN McGINNIS, Deputy                                                     DEFENDANTS

## JUDGMENT

Swink's complaint and amended complaint are dismissed without prejudice.

*D. P. Marshall Jr.*
United States District Judge

4 November 2016